UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

James L. & Louise M. Maniere               Case No. 08-55107-TJT
                                           Honorable Thomas J. Tucker
_____/            Chapter 7


NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

The enclosed check in the amount of $8.39 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| American Express Centurion Bank | 5 | $ 3.69 |
| American Express Centurion Bank | 6 | $ 4.70 |

Date: January 12, 2010               /s/   Homer W. McClarty
                                     Homer W. McClarty, Trustee (P26670)
                                     24400 Northwestern Highway
                                     Suite 204
                                     Southfield, MI 48075
                                     (248) 352-7686
                                     trustee@morganmcclarty.com